AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

ROBIN ZAMBRANO, on behalf of himself and others similarly situated

*Plaintiff(s)*

v.

HYPE MANAGED AMENITIES, LLC, and WILLIAM HOLT

*Defendant(s)*

Civil Action No. 1:26-cv-9592

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Holt
c/o Hype Managed Amenities
37 Union Square West, 2nd Floor,
New York, New York 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Clara Lam, Esq.
Brown Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 295-5828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*